IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **SRINIVASA RAO KAMBALA,** *et al.* | § § | |
| **v.** | § § | **NO. 1:13-CV-498** |
| **SIGNAL INTERNATIONAL L.L.C.,** *et al* | § | |

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case is assigned to the Honorable Ron Clark, Chief United States District Judge, and is referred to the undersigned United States Magistrate Judge to conduct all pretrial proceedings pursuant to a Referral Order. (Doc. No. 2.) On May 8, 2015, the undersigned granted Plaintiffs leave to file their "Third Amended Complaint." (Doc. No. 117.) Accordingly, the undersigned recommends that the "Motion for Partial Summary Judgment" (Doc. No. 114), filed by Signal International Texas, G.P., Signal International Texas, L.P., Signal International, Inc., and Signal International, L.L.C. be **DENIED AS MOOT** without prejudice to reassertion.

Similarly, Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. (collectively, "Burnett"), in response to the Plaintiffs' First Amended Complaint (Doc. No. 6), filed a "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)" (Doc. No. 32) and a "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)." (Doc. No. 33.) These motions were denied as moot when the Plaintiffs filed their Second Amended Complaint. (Doc. No. 41.) Burnett then reasserted these motions, which are both currently pending before the court. (Doc. No. 42.) In light of the Plaintiffs' Third Amended Complaint, the undersigned recommends that these motions be **DENIED AS MOOT** without prejudice to

reassertion. Should Burnett wish to reassert these motions, he may do so within seven days without leave of court.

SIGNED this 13th day of May, 2015.

_____
Zack Hawthorn
United States Magistrate Judge