IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **SRINIVASA RAO KAMBALA,** *et al.* | § § | |
| v. | § § | NO. 1:13-CV-498 |
| **SIGNAL INTERNATIONAL L.L.C.,** *et al.* | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 2.) Pending before the court is the "Motion for Partial Summary Judgment" (Doc. No. 114) filed by Signal International Texas, G.P., Signal International Texas, L.P., Signal International, Inc., and Signal International, L.L.C. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 118) recommending that Signal's motion be denied as moot without prejudice to reassertion. The magistrate judge also recommended that in light of the Plaintiff's Third Amended complaint, the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)" (Doc. No. 32, reasserted by Doc. No. 43) and "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc. No. 33, reasserted by Doc. No. 43) filed by Malvern C. Burnett, the Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C. be denied as moot without prejudice to reassertion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 118) is **ADOPTED**; Signal's "Motion for Partial Summary Judgment" (Doc. No. 114), Burnett's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2)" (Doc. No. 32, reasserted by

Doc. No. 43), and Burnett's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc. No. 33, reasserted by Doc. No. 43) are **DENIED AS MOOT** without prejudice to reassertion.

So **ORDERED** and **SIGNED** this **16** day of **June, 2015.**

_____
Ron Clark, United States District Judge