UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SRINIVASA RAO KAMBALA, ET AL | CIVIL ACTION |
| VERSUS | NO. 15-2297 |
| SIGNAL INTERNATIONAL LLC, ET AL | SECTION "N" (3) |

### ORDER OF TRANSFER

It has been brought to the Court's attention that the above captioned case is related to Civil Action No. 08-1220, Kurian David, et al v. Signal International LLC, et al, previously allotted to Section "E" (3) of this Court. Therefore,

IT IS ORDERED that this matter be TRANSFERRED to Section "E" (3), in accordance with Local Rule 3.1.1E.

New Orleans, Louisiana, this  1st  of July, 2015.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

7/1/15

**TRANSFERRED TO**
**SECT. E**