UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SRINIVASA RAO KAMBALA | CIVIL ACTION |
| VERSUS | NO. 15-2297 |
| SIGNAL INTERNATIONAL, INC., et al | SECTION "E" (3) |

The only claim pending before this Court in the above matter is a cross claim between defendant Signal International, Inc. against defendants Malvern C. Burnett, Sachin Dewan, Dewan Consultants Pvt., Ltd., Global Resources, Inc. Gulf Coast Immigration Law Center, L.L.C., Law Offices of Malvern C. Burnett, A.P.C. and Michael Pol. The cross claim does not assert a RICO claim, therefore;

The RICO Standing Order issued on June 26, 2015 (R. Doc. 122) is hereby rescinded.

New Orleans, Louisiana, this 2nd day of July, 2015.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE