UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6218**<br>    (c/w 13-6219, 13-6220, 13-6221, 14-732, 14-1818) |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |
| **REJI SAMUEL, et al.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2811** |
| **SIGNAL INTERNATIONAL, LLC, et al.,**<br>    Defendants | **SECTION "E"** |

| | |
|---|---|
| BIJU MAKRUKKATTU JOSEPH, et al.,<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 14-2826** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | **SECTION "E"** |

**Applies To:  14-2811, 14-2826, 15-2295, 15-2296, 15-2297**

# ORDER

Pursuant to Federal Rule of Civil Procedure 42(a);

**IT IS ORDERED** that the following matters are **CONSOLIDATED**: Nos. 14-2811, 14-2826, 15-2295, 15-2296, 15-2297.  All subsequent pleadings shall be filed in the lead case (No. 14-2811) only and shall designate the case(s) to which the pleading applies.

**New Orleans, Louisiana, this 8th day of July, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**